UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA SILVIA GUEVARA ENRIQUEZ et al,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al,<br><br>　　　　　　　Defendant(s). | CASE NO. 2:23-cv-00097-TL<br><br>ORDER REGARDING PLAINTIFFS' FUTURE DOCKET ENTRIES |

　　　This matter comes before the Court *sua sponte*. Plaintiffs are 248 individuals who bring a putative class action against the United States Citizenship and Immigration Services and its director for delays in immigrant visa petitions. Dkt. No. 1 at 7, 9.

　　　For the sake of an orderly and efficient management of the docket, Plaintiffs are DIRECTED to economize docket entries in all future filings by simply stating "All Plaintiffs" instead of naming all Plaintiffs or, if filing on behalf of a subset of Plaintiffs, "Certain Plaintiffs."

When a filing applies to only a subset of Plaintiffs, counsel may indicate which Plaintiffs the filing applies to in the first paragraph of the document.

Dated this 30th day of January 2023.

Tana Lin
United States District Judge