UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA SILVIA GUEVARA ENRIQUEZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>  Defendants. | C23-0097 TSZ<br><br>MINUTE ORDER |
| ALEJANDRO RIGOBERTO ROSALES DELGADO,<br><br>  Plaintiff,<br><br>  v.<br><br>CONNIE NOLAN, et al.,<br><br>  Defendants. | C23-0535 TSZ |
| LISANDRO SOLIS CAMPOS, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>LOREN K. MILLER, et al.,<br><br>  Defendants. | C23-0620 TSZ |

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1)   The stipulated motion "to hold case in abeyance" filed in Case No. C23-535, docket no. 5, is STRICKEN.  The deadline for filing a Joint Status Report in the

MINUTE ORDER - 1

form described by Minute Order entered April 11, 2023, docket no. 3 in Case No. C23-535, is STRICKEN.

(2) On or before June 16, 2023, counsel in all three above-captioned matters shall meet and confer and file an identical Joint Status Report in each case addressing the following issues:

(a) Whether any other related cases have been filed in this district;

(b) Whether these three cases and any cases identified in response to Paragraph 2(a) should be consolidated;

(c) Whether plaintiffs in all of these cases are members of the class proposed in the motion to certify class brought in Case No. C23-97, docket no. 17; and

(d) Whether the motion to dismiss brought by defendants in Case No. C23-97, docket no. 36, should be treated as having been brought on behalf of all defendants in these matters.[1]

(3) The motion to certify class, docket no. 17, and the motion to dismiss, docket no. 36, in Case No. C23-97, are RENOTED to June 16, 2023.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] If so treated, plaintiffs in Case Nos. C23-535 and C23-620 would be provided an opportunity to respond to the motion.

MINUTE ORDER - 2