UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE AND TACOMA

| | |
|---|---|
| MARIA SILVIA GUEVARA ENRIQUEZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　　Defendants. | C23-0097 TSZ<br><br>MINUTE ORDER |
| ALEJANDRO RIGOBERTO ROSALES DELGADO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CONNIE NOLAN, et al.,<br><br>　　　　　　Defendants. | C23-0535 TSZ |
| LISANDRO SOLIS CAMPOS, et al.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LOREN K. MILLER, et al.,<br><br>　　　　　　Defendants. | C23-0620 TSZ |

MINUTE ORDER - 1

| | |
|---|---|
| YULIANNA BERENICE DELUNA; and FERNANDO LEPE PEREZ,<br><br>                Plaintiffs,<br><br>   v.<br><br>LOREN K. MILLER, et al.,<br><br>                Defendants. | C23-5374 TSZ |
| CESAR PATLAN ANGELES; and BEATRIZ ZIRA GUILLEN<br><br>                Plaintiffs,<br><br>   v.<br><br>LOREN K. MILLER, et al.,<br><br>                Defendants. | C23-5378 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to stay, docket no. 53 in Case No. C23-97, is RENOTED to the third Friday after it was filed, namely August 11, 2023.

(2) In light of defendants' motion to stay, defendants' motion to dismiss, docket no. 36 in Case No. C23-97, is RENOTED to the same day as the motion to stay, namely August 11, 2023.

(3) Plaintiffs' motion to certify class, docket no. 17 in Case No. C23-97, is STAYED pending the Court's ruling on defendants' motion to dismiss, in which they contend that the Court lacks jurisdiction.

(4) The parties in Case Nos. C23-535, C23-620, C23-5374, and C23-5378 shall meet and confer and file, on or before August 11, 2023, an identical Joint Status Report in each case setting forth the parties' respective views concerning whether those actions should be stayed pending resolution of *Mercado v. Miller*, Case No. 23-16007, currently before the United States Court of Appeals for the Ninth Circuit.

(5) The parties are further DIRECTED to keep the Court apprised of any additional related cases that have been, or are in the future, filed in this District.

MINUTE ORDER - 2

(6)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of July, 2023.

                    Ravi Subramanian
                    Clerk

                    s/Laurie Cuaresma
                    Deputy Clerk