UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE AND TACOMA

| | |
|---|---|
| MARIA SILVIA GUEVARA ENRIQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | C23-0097 TSZ <br><br> MINUTE ORDER |
| ALEJANDRO RIGOBERTO ROSALES DELGADO, <br><br> Plaintiff, <br><br> v. <br><br> CONNIE NOLAN, et al., <br><br> Defendants. | C23-0535 TSZ |
| LISANDRO SOLIS CAMPOS, et al. <br><br> Plaintiffs, <br><br> v. <br><br> LOREN K. MILLER, et al., <br><br> Defendants. | C23-0620 TSZ |

MINUTE ORDER - 1

|   |   |
|---|---|
| YULIANNA BERENICE DELUNA; and FERNANDO LEPE PEREZ,<br><br>     Plaintiffs,<br><br> v.<br><br>LOREN K. MILLER, et al.,<br><br>     Defendants. | C23-5374 TSZ |
| CESAR PATLAN ANGELES; and BEATRIZ ZIRA GUILLEN<br><br>     Plaintiffs,<br><br> v.<br><br>LOREN K. MILLER, et al.,<br><br>     Defendants. | C23-5378 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to stay, docket no. 53 in Case No. C23-97, is GRANTED, and Case No. C23-97 is STAYED.

(2) Based on the agreement of the parties in Case Nos. C23-535, C23-5374, and C23-5378, those actions are also STAYED.

(3) In light of the above rulings, and having reviewed the Joint Status Report, docket no. 15 in Case No. C23-620, the Court sua sponte STAYS Case No. C23-620 over plaintiffs' objection.

(4) The parties are DIRECTED to file a consolidated Joint Status Report in each of these actions within fourteen (14) days after resolution of *Mercado v. Miller*, Case No. 23-16007, which is currently before the United States Court of Appeals for the Ninth Circuit, or **by June 14, 2024**, whichever occurs earlier.

(5) The parties are further DIRECTED to keep the Court apprised of any additional related cases that have been, or are in the future, filed in this District.

(6) The stipulated motion to extend the deadline for filing a responsive pleading or motion, docket no. 8 in Case No. C23-5378, is STRICKEN as moot.

MINUTE ORDER - 2

(7)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of August, 2023.

                                      Ravi Subramanian
                                      Clerk

                                      s/Laurie Cuaresma
                                      Deputy Clerk

MINUTE ORDER - 3