UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE AND TACOMA

| | |
|---|---|
| MARIA SILVIA GUEVARA ENRIQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | C23-0097 TSZ <br><br> MINUTE ORDER |
| ALEJANDRO RIGOBERTO ROSALES DELGADO, <br><br> Plaintiff, <br><br> v. <br><br> CONNIE NOLAN, et al., <br><br> Defendants. | C23-0535 TSZ |
| LISANDRO SOLIS CAMPOS, et al. <br><br> Plaintiffs, <br><br> v. <br><br> LOREN K. MILLER, et al., <br><br> Defendants. | C23-0620 TSZ |

MINUTE ORDER - 1

| | |
|---|---|
| YULIANNA BERENICE DELUNA; and FERNANDO LEPE PEREZ,<br><br>       Plaintiffs,<br>   v.<br>LOREN K. MILLER, et al.,<br><br>       Defendants. | C23-5374 TSZ |
| CESAR PATLAN ANGELES; and BEATRIZ ZIRA GUILLEN<br><br>       Plaintiffs,<br>   v.<br>LOREN K. MILLER, et al.,<br><br>       Defendants. | C23-5378 TSZ |
| JONGSUK OH,<br><br>       Plaintiff,<br>   v.<br>ALEJANDRO MAYORKAS,<br><br>       Defendant. | C23-1472 TSZ |
| HALLE ROSE JOHNSTON; and FELIX ADRIAN MARQUEZ PLASCENCIA,<br><br>       Plaintiffs,<br>   v.<br>KARLA MORAN, et al.,<br><br>       Defendants. | C24-5117 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER - 2

(1) Having reviewed the parties' Joint Status Report in these cases, indicating that, on November 6, 2023, the United States Court of Appeals for the Ninth Circuit heard oral argument in *Mercado v. Miller*, Case No. 23-16007, the Court DIRECTS that these matters shall remain stayed and that the parties shall provide a Joint Status Report within fourteen (14) days after the Ninth Circuit issues a decision in *Mercado*, or **by December 31, 2024**, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of July, 2024.

                                      Ravi Subramanian
                                      Clerk

                                      s/Laurie Cuaresma
                                      Deputy Clerk

MINUTE ORDER - 3